*AUSA FLD*

FILED

AUG 1 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Mag. Case No. '08 MJ 8730 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 8, U.S.C., Section 1326<br>Attempted Entry After Deportation |
| Carlos MUNOZ-Duran, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about August 13, 2008, within the Southern District of California, defendant Carlos MUNOZ-Duran, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e. conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported or removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 15th DAY OF AUGUST 2008.

_____
Jay R. Irwin
U.S. MAGISTRATE JUDGE

(1)

UNITED STATES OF AMERICA

     v.

Carlos MUNOZ-Duran

## STATEMENT OF FACTS

The complainant states this complaint is based upon the investigative reports that the Defendant, Carlos MUNOZ-Duran (MUNOZ) a citizen of Mexico, was found and arrested on August 13, 2008, near Calexico, California.

The Calexico Border Patrol Stations Remote Video Surveillance System Operator observed a group of seven individuals going north from the area of the International Boundary with Mexico eighteen miles east of Calexico, California. Border Patrol Agent J. Camarillo responded to the area where the RVSS operator reported the individuals were seen, and encountered Daniel MUNOZ-Alvarez and six others. After questioning MUNOZ it was determined MUNOZ is a citizen of Mexico with no legal right to enter and reside in the United States. Consequently, MUNOZ was arrested for being present in the United States illegally.

An investigation of records revealed MUNOZ was previously removed from the United States on March 22, 2006. Further records check revealed MUNOZ has a serious criminal record.

MUNOZ was found in the United States without having sought or received permission from the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-enter the United States after being removed.

(2)