1 **JENNIFER L. COON**
California State Bar No. 203913
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Email: Jennifer_Coon@fd.org

5 Attorneys for Defendant

8                UNITED STATES DISTRICT COURT

9             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                  (HONORABLE PETER C. LEWIS)

11 UNITED STATES OF AMERICA,            )   CASE NO. 08MJ8730
                                        )
12         Plaintiff,                   )
                                        )
13 v.                                   )
                                        )   **NOTICE OF APPEARANCE**
14 CARLOS MUNOZ-DURAN,                  )
                                        )
15         Defendant.                   )
   _____)

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead
19 attorney in the above-captioned case.

20                                          Respectfully submitted,

22 Dated: August 25, 2008                   /s/ *JENNIFER L. COON*
                                            Federal Defenders of San Diego, Inc.
23                                          Attorneys for Defendant
                                            Jennifer_Coon@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: August 25, 2008         /s/ *JENNIFER L. COON*
                               Federal Defenders of San Diego, Inc.
                               225 Broadway, Suite 900
                               San Diego, CA  92101-5030
                               (619) 234-8467  (tel)
                               (619) 687-2666  (fax)
                               Jennifer_Coon@fd.org (email)